**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Local Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OKTA, INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br>     ALL ACTIONS. | Lead Case No. 3:22-cv-07480-SI <br><br> (Consolidated with Case No. 3:22-cv-08627-SI) <br><br> **JOINT STATUS REPORT** <br><br> The Hon. Susan Illston |

Pursuant to the Court's December 2, 2024 Notice Setting Deadline (Dkt. 31), Plaintiffs Ryan O'Dell and the LR Trust ("Plaintiffs"), Defendants Todd McKinnon, Brett Tighe, Frederic Kerrest, Shellye Archambeau, Robert L. Dixon, Jr., Patrick Grady, Ben Horowitz, Rebecca Saeger, Michael Stankey, Jeff Epstein, and Michelle Wilson (the "Individual Defendants"), and Nominal Defendant Okta, Inc. ("Okta" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following response.

On November 28, 2022, Plaintiff Ryan O'Dell filed a stockholder action in this Court derivatively on behalf of Okta against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty. On December 13, 2022, the LR Trust filed

a stockholder action in this Court derivatively on behalf of Okta against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty.

On February 22, 2023, the Court (i) consolidated the O'Dell and LR Trust derivative actions (the "Consolidated Derivative Action"), (ii) appointed co-lead counsel for Plaintiffs, and (iii) stayed the Consolidated Derivative Action through a decision on a then-pending motion to dismiss filed by Okta and certain of the Individual Defendants in a related federal securities class action in this Court, captioned *In re Okta, Inc., Securities Litigation*, Case No. 3:22-cv-02990-SI (the "Securities Class Action").

On March 31, 2023, this Court entered an order granting in part and denying in part the defendants' motion to dismiss in the Securities Class Action.

On May 9, 2023, the stay in the Consolidated Derivative Action was extended through the close of discovery in the Securities Class Action.

On November 19, 2024, this Court approved the settlement and entered a final judgment in the Securities Class Action.

The parties are negotiating a resolution of the Consolidated Derivative Action and respectfully request that the current stay remain in place. The parties will provide a further status update within 45 days.

Respectfully submitted,

Dated: December 13, 2024      By: */s/ Betsy C. Manifold*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

|  |  |  |
|---|---|---|
|  |  | **RIGRODSKY LAW, P.A.**<br>SETH D. RIGRODSKY<br>TIMOTHY J. MACFALL<br>VINCENT A. LICATA<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>sdr@rl-legal.com<br>tjm@rl-legal.com<br>vl@rl-legal.com |
| Dated: December 13, 2024 | By: | /s/ *Joel E. Elkins*<br>**WEISS LAW**<br>JOEL E. ELKINS (SBN 256020)<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone: (310) 208-2800<br>Facsimile: (310) 209-2348 |
|  |  | **WEISS LAW**<br>DAVID C. KATZ (*pro hac vice*)<br>MARK D. SMILOW (*pro hac vice*)<br>JOSHUA M. RUBIN (*pro hac vice* to be filed)<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010 |
|  |  | *Co-Lead Counsel* |
| Dated: December 13, 2024 | By: | /s/ *Brian M. Lutz*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>BRIAN M. LUTZ, SBN 255976<br>JEFFREY D. LOMBARD, SBN 285371<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel.: (415) 393-8379<br>BLutz@gibsondunn.com<br>JLombard@gibsondunn.com |
|  |  | *Counsel for Defendants* |

JOINT STATUS REPORT
CASE NO. 3:22-CV-07480-SI
-3-

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: December 13, 2024            */s/ Betsy C. Manifold*
                                    BETSY C. MANIFOLD